# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTINEZ, GEORGE SILVA, MICHAEL GARROD, AND MYRNA SILVA,<br><br>Plaintiff,<br><br>v.<br><br>SWEETWATER AUTHORITY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: **3:13-cv-00167-CAB-NLS**<br><br>**ORDER GRANTING JOINT MOTION FOR PARTIAL DISMISSAL**<br><br>[DOC. NO. 17] |

Plaintiffs George Silva, Michael Garrod, and Myrna Silva only, and defendant Sweetwater Authority have jointly moved to dismiss this action with prejudice. The joint motion [Doc. No. 17] is GRANTED. Plaintiff Hector Martinez is not a party to the joint motion.

Pursuant to Fed. R. Civ. P. 41(a), this action is dismissed with prejudice as against Defendant Sweetwater Authority by Plaintiffs George Silva, Michael Garrod, and Myrna Silva only. Each party shall bear its, his or her own costs and attorneys' fees.

///

///

///

The action remains pending as against Sweetwater Authority by Plaintiff Hector Martinez. The pending motion to dismiss the First Amended Complaint and all pending dates remain in effect with respect to Plaintiff Hector Martinez who is not a party to the joint motion for partial dismissal.

**IT IS SO ORDERED.**

Dated: February 20, 2014

_____
**CATHY ANN BENCIVENGO**
United States District Judge